**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiffs
GARY FIORETTI and MICHELLE M. FIORETTI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FIORETTI and MICHELLE M. FIORETTI,<br><br>Plaintiffs,<br><br>v.<br><br>CFI MORTGAGE INC., et al.,<br><br>Defendants. | Case No.   06-80070MISC CRB<br><br>**EX PARTE RESTRAINING ORDER**<br><br>[F.R.Civ.P. 69 and C.C.P. §708.520]<br><br>Date:<br>Time:<br>Ctrm:<br>Judge: |

The Ex Parte Application of Judgment Creditors GARY FIORETTI and MICHELLE M. FIORETTI ("Fioretti") for a Restraining Order against Judgment Debtor STEPHEN WILLIAMS, and the specified third parties, came before this Court by Judgment Creditor's *ex parte* application, the Honorable Charles R. Breyer, Presiding. The Court having considered the pleadings filed in connection with this application, the pleadings and records on file in this matter and good causing appearing therefor,

**IT IS HEREBY ORDERED** that Judgment Debtor STEPHEN WILLIAMS is hereby restrained from receiving, transferring, assigning, disposing, interfering with or encumbering any right to payment from commissions, royalties, intellectual property rights, stock options, stocks, bonds, deferred compensation, insurance payments, severance payments, accounts receivables and/or contract receivables due and owing to Judgment Debtor from third party entity Power Air Corporation fka Fortune Partners, Inc.;

/ / /

1  **IT IS HEREBY FURTHER ORDERED** that any and all proceeds due under this Order to
2  Judgment Debtor STEPHEN WILLIAMS are to remain with the third party until such time as the Court
3  rules on Judgment Creditor's motion for an Assignment Order presently pending before this court for
4  hearing on June 16, 2006 at 10:00 a.m;

5  **NOTICE IS HEREBY GIVEN THAT FAILURE BY JUDGMENT DEBTOR STEPHEN**
6  **WILLIAMS OR ANY OF THE NOTICED THIRD PARTIES TO COMPLY WITH THIS**
7  **ORDER MAY SUBJECT THE JUDGMENT DEBTOR OR THIRD PARTY TO BEING**
8  **SANCTIONED AND/OR HELD IN CONTEMPT OF COURT.**

9  **IT IS SO ORDERED.**

Dated: _April 19, 2006_



_____
**JUDGE, U.S. DISTRICT COURT**

2

CASE NO.  06 80070-MISC-CRB

S:\Company Files\Clients - Open\Fioretti v. CFI\Pleading\Restrain\Order.wpd

**SAMPSON & ASSOCIATES**
**ATTORNEYS AT LAW**
2139 FIRST AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619)557-9420 - FACSIMILE (619)557-9425