**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiffs
GARY FIORETTI and MICHELLE M. FIORETTI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FIORETTI and MICHELLE M. FIORETTI,<br><br>Plaintiffs,<br><br>v.<br><br>CFI MORTGAGE INC., et al.,<br><br>Defendants. | Case No. 06-80070-MISC - CRB<br><br>**ASSIGNMENT ORDER**<br><br>[F.R.Civ.P. 69 and C.C.P. §708.520]<br><br>Date: June 16, 2006<br>Time: 10:00 a.m.<br>Ctrm: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

The Motion of Judgment Creditors GARY FIORETTI and MICHELLE M. FIORETTI ("Fioretti") for an assignment of monies due as commissions, royalties, bonuses, stock options, stock, bonds, insurance proceeds, severance payments, and as contractual receivable payments to Judgment Debtor STEPHEN WILLIAMS ("Williams") came before this Court on the above date, the Honorable Charles R. Breyer, Presiding. Judgment Creditors Fioretti appeared through their attorney, Mary L. Fickel. Judgment Debtor Williams appeared through his attorney, Eric A. Nyberg. The Court having considered the pleadings filed in connection with this motion, the pleadings and records on file in this matter and good causing appearing therefor,

**IT IS HEREBY ORDERED** that the following rights to payment of Debtor Stephen Williams, be, and hereby are, assigned to Creditors Fioretti, in care of Sampson & Associates, attn. Bryan D. Sampson, 2139 First Avenue, San Diego, California 92101, until such time as the judgment herein is fully satisfied or this order is amended per California Code of Civil Procedure Section 708.560. This

1 assignment order covers:

2  1. "Any and all rights to any interest or payment now due or to become due in the future to Judgment Debtor Stephen Williams in any money or property due him from any contractual agreements with third party Power Air Corporation fka Fortune Partners, Inc.; and

 2. "Any and all rights to any interest or payment now due or to become due in the future to Judgment Debtor Stephen Williams in accounts receivable, commissions, royalties, bonus plans, stock options, stocks, bonds, insurance proceeds, severance payments, deferred compensation and/or contract receivables due him from third party Power Air Corporation fka Fortune Partners, Inc."

**IT IS HEREBY FURTHER ORDERED** that Judgment Debtor Stephen Williams, along with third parties who are served with notice, shall pay any and all monies due and owing under this order to: "Sampson & Associates, Client Trust Account" at 2139 First Avenue, San Diego, California 92101 to be applied to this judgment herein until such judgment is fully satisfied or this order is amended.

**NOTICE IS HEREBY GIVEN THAT FAILURE BY JUDGMENT DEBTOR STEPHEN WILLIAMS OR ANY OF THE NOTICED THIRD PARTIES TO COMPLY WITH THIS ORDER MAY SUBJECT THE JUDGMENT DEBTOR OR THIRD PARTY TO BEING SANCTIONED AND/OR HELD IN CONTEMPT OF COURT.**

**IT IS SO ORDERED.**

Dated:  June 20, 2006

_____
**JUDGE, U.S. DISTRICT COURT**



2

CASE NO.  06-80070-MISC- CRB

S:\Company Files\Clients - Open\Fioretti v. CFI\Pleading\Assignment\Assign.Order.wpd