IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FIORETTI AND MICHELLE M. FIORETTI,<br><br>    Plaintiff,<br><br>  v.<br><br>CFI MORTGAGE, INC., et al.,<br><br>    Defendant._____/ | No. C 06-80070 CRB<br><br>**ORDER** |

Now pending before the Court is Plaintiffs' motion to strike Third Party Power Air's Supplemental Memorandum of Points and Authorities in Support of Opposition to Plaintiffs' Motion to Enforce Assignment Order.

The Court hereby DENIES Plaintiffs' motion to strike. The Court grants Plaintiffs leave to file a surreply, not to exceed five (5) pages, to respond to Power Air's challenged supplemental memorandum. Plaintiffs' optional surreply shall be filed not later than 3:00 pm on Thursday, November 2, 2006.

**IT IS SO ORDERED.**

Dated: October 30, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\80070misc\order1.wpd