**SAMPSON & ASSOCIATES**
Bryan D. Sampson, Esq. (#143143)
Mary L. Fickel, Esq. (#221872)
2139 First Avenue
San Diego, California 92101
(619)557-9420 / Fax (619)557-9425
bsampson@sampsonlaw.net

Attorneys for Plaintiffs/Judgment Creditors
GARY FIORETTI and MICHELLE M. FIORETTI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| GARY FIORETTI and MICHELLE M. FIORETTI,<br><br>　　　　Plaintiffs/Judgment Creditors,<br><br>v.<br><br>CFI MORTGAGE INC., et al.,<br><br>　　　　Defendants/Judgment Debtors. | Case No. 06 80070-MISC-CRB<br><br>**STIPULATION RE: DISCHARGE OF RECEIVER, EXONERATION OF BOND AND ORDER THEREON**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer |

## INTRODUCTION

Plaintiffs/Judgment Creditors GARY FIORETTI and MICHELLE M. FIORETTI and Defendant/Judgment Debtor STEPHEN WILLIAMS, hereby stipulate through their respective counsel to the discharge of Receiver Martin Goldberg and the exoneration of Receiver Goldberg's bond.

## STIPULATION

IT IS HEREBY STIPULATED by and between Judgment Debtor Stephen Williams and Judgment Creditors Gary Fioretti and Michelle M. Fioretti, through their respective counsel, that:

1. Defendant/Judgment Debtor STEPHEN WILLIAMS has no objection to the immediate termination of Receiver Goldberg's receivership and to the exoneration of his receiver's bond; and

/ / /

/ / /

2. Plaintiffs/Judgment Creditors GARY FIORETTI and MICHELLE M. FIORETTI agree to the immediate termination of Receiver Goldberg's receivership and to the exoneration of his receiver's bond.

**IT IS SO STIPULATED.**

Dated: June ___, 2008            By: _____
                                 Martin Goldberg, Court Appointed Receiver

Dated: June ___, 2008            **SAMPSON & ASSOCIATES**

                                 By: _____
                                 Bryan D. Sampson, Esq.
                                 Attorneys for Judgment Creditors

Dated: June 30, 2008             **KORNFIELD PAUL & NYBERG**

                                 By: _____
                                 Eric A. Nyberg, Esq.
                                 Attorneys for Judgment Debtor

IT IS HEREBY ORDERED that pursuant to the Stipulation, Receiver Martin Goldberg is discharged of any and all further duties, liabilities and responsibilities as a Receiver for Judgment Debtor Stephen Williams, in this matter.

IT IS FURTHER ORDERED that Receiver Martin Goldberg's $10,000 receiver's bond is exonerated.

**IT IS SO ORDERED.**

Dated: __July 3, 2008__          _____
                                 JUDGE, U.S. DISTRICT COURT



IT IS SO ORDERED
Judge Charles R. Breyer